GEORGE E. WARREN and Others v. SECOND AVENUE RAILROAD COMPANY and Others, Impleaded with THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of GEORGE PEABODY WETMORE, Deceased.—Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of GEORGE R. FEARING, Deceased.— Motion granted. Settle order, containing questions to be certified, upon notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of FRITZ MUSER, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ABRAHAM PERLMAN v. BEDFORD ESTATES, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROBERT M. MILLER, an Infant, etc., v. EDGAR S. APPLEBY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SYLVAN MORTGAGE Co., INC., v. JOHN H. ASTRUCK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SYLVAN MORTGAGE Co., INC., v. NATHAN TURKELTAUB.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SYLVAN MORTGAGE Co., INC., v. MILTON S. NEWMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOHN L. TONNELE and Others, as Executors, etc., v. HENRY PARISH and Another, as Executors, etc., Impleaded with FRANCIS S. WETMORE and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of DAVID N. HANSON, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MICHAEL D. MIRSKY v. BERTRAM H. BORDEN and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

RALPH R. RUMERY v. LOUIS BROOKS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ARTHUR H. VAN PELT v. WILLIAM M. BARRETT, as President, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROSE LEVINE v. PETER MOSKOWITZ, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

EMIL LUTKITZ, an Infant, etc., v. CHARLES E. CHALMERS, as Receiver, etc. — Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.